IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br><br>ANDY LAMAR ALLMAN,<br>SS#: XXX-XX-8498<br>639 Bonita Parkway<br>Hendersonville, TN 37075<br><br>    Debtor. | )<br>)<br>) Chapter 13 Proceeding<br>) Case No. 317-03085<br>) Charles M. Walker, Judge<br>)<br>)<br>)<br>)<br>) |

## **MOTION TO TAKE 2004 EXAMINATION**

Comes Creditor, Igne Goodson, through counsel, and respectfully moves this Honorable Court to be permitted to take the examination of the **Debtor, Andy Lamar Allman,** pursuant to Rule 2004(a) of the Federal Rules of Bankruptcy Procedure on **July 26, 2016, at 10:00 a.m., in Courtroom 1, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.**

WHEREFORE, the Movant prays for the entry of an Order granting the above-sought relief.

Respectfully submitted,

LEFKOVITZ & LEFKOVITZ

**/S/ STEVEN L. LEFKOVITZ**
Steven L. Lefkovitz, No. 5953
Attorney for Creditor, Igne Goodson
618 Church Street, Suite 410
Nashville, Tennessee 37219
Phone: (615) 256-8300
Fax: (615) 255-4516
Email: slefkovitz@lefkovitz.com

# CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and exact copy of the foregoing to Beth Roberts Derrick, Assistant U.S. Trustee, Henry E. Hildebrand, III, Chapter 13 Trustee, and all other parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system, this 7th day of July, 2017.

I further certify that I have sent a true and exact copy of the foregoing to the Debtor, Andy Lamar Allman, 639 Bonita Parkway, Hendersonville, TN 37075, by U.S. Mail, postage prepaid, this 7th day of July, 2017.

/S/ STEVEN L. LEFKOVITZ
Steven L. Lefkovitz