IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | CHAPTER: | 13 |
| ANDY LAMAR ALLMAN, | ) | CASE NO.: | 17-03085 |
| | ) | JUDGE: | WALKER |
| Debtor. | ) | | |

## DISCLOSURE STATEMENT PURSUANT TO RULE 2016(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, Limited Counsel for the Debtor, Niarhos & Waldron, PLC (the "Firm"), makes the following disclosure:

The Firm has received payment from the Debtor in the amount of $2,497.89. The Firm has not made any arrangements to share any compensation with any party whatsoever, nor does the Firm have any arrangements for sharing of any compensation awarded.

Respectfully submitted,

*/s/ Gray Waldron*
TIMOTHY G. NIARHOS
GRAY WALDRON
REBECCA J. YIELDING
NIARHOS & WALDRON, PLC
1106 18th Avenue South
Nashville, Tennessee 37212
(615) 320-1101 – Phone
(615) 320-1102 – Fax
tim@niarhos.com; gray@niarhos.com
rebecca@niarhos.com
*Limited Counsel for Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing document via CM/ECF Email Service on the U.S. Trustee and all other parties requesting such notice on this the 18th day of July, 2017.

*/s/ Gray Waldron*
GRAY WALDRON