THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ] | BK. CASE NO. 3:17-03085 |
| | ] | |
| ANDY LAMAR ALLMAN, | ] | JUDGE WALKER |
| | ] | |
| Debtor, | ] | CHAPTER 7 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES
PURSUANT TO BANKRUPTCY RULES 2002 AND 9010**

To the Clerk of this Honorable Court and all parties of record:

Comes now Duane W. DeVault, Attorney at Law, pursuant to Bankruptcy Rule 9010, and would hereby request that my appearance be entered as Counsel to ROGER SINDLE in this Chapter 7 case and hereby certify that I am admitted to practice before this Honorable Court.

Further, please take notice that the undersigned Counsel hereby further request addition to the Mailing Matrix, and pursuant to Bankruptcy Rule 2002, hereby requests that all Notices, Pleadings, Motions, Orders, Complaints, Correspondence, Statements and Schedules, or any other document relating to the above-referenced Debtor to which the aforementioned Creditor is entitled pursuant to Bankruptcy Rule 2002, and Local Rules of Court, which includes, without limitation, any document which otherwise effects or seeks to effect the Creditor's interest in the instant case, be forwarded to my attention at the following address:

Mr. Duane W. DeVault
Attorney at Law
Post Office Box 387
Hendersonville, TN 37077-0387
(615) 826-0473 Facsimile
duanedevault@att.net

RESPECTFULLY SUBMITTED,

/s/Duane W. DeVault
DUANE W. DEVAULT B.P.R.#13541
Attorney for Roger Sindle
Post Office Box 387
Hendersonville, TN 37077-0387
(615) 822-7301 Office (615)
826-0473 Facsimile
duanedevault@att.net

## CERTIFICATE OF SERVICE

I, Duane W. DeVault, Attorney at Law hereby certify that an ECF copy of the foregoing Notice of Appearance & Request for Notices has been forwarded via either facsimile delivery or first class mail, postage prepaid, on this the 31st day of October, 2017 to the following:

Mr. Ned Hildebrand, IV
Dunham Hildebrand, PLLC
Attorneys for Debtor
2510 Franklin Pike, Suite 210
Nashville, TN 37204

Mr. Robert Waldschmidt
Chapter 7 Trustee
7003 Chadwick Drive, Suite 211
Post Office Box 2828
Brentwood, Tennessee 37024-2828

Ms. Beth R. Derrick
Assistant U.S. Trustee
701 Broadway
318 Customs House
Nashville, TN 37203

/s/Duane W. DeVault
DUANE W. DEVAULT, ATTORNEY